UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

VANESSA JIMENEZ, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

MYRON CORP.,

        Defendant.

---------------------------------------x

Case No.: 1:22-cv-04374-AT

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Vanessa Jimenez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Myron Corp.

DATED:  July 5, 2022        **MIZRAHI KROUB LLP**

                                              /s/ Edward Y. Kroub
                                              EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*